**Electronically Filed
Supreme Court
SCPW-14-0000973
05-AUG-2014
10:05 AM**

SCPW-14-0000973

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

LIVIA SCOTTO, Petitioner,

vs.

HAWAIʻI PUBLIC HOUSING AUTHORITY, STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the documents filed by Petitioner Livia Scotto, on July 18, 2014, which was filed as a petition for a writ of mandamus, the supplemental submission, filed on July 21, 2014, and the record, it appears that Petitioner is challenging the Findings of Facts, Conclusions of Law, Decision and Order issued by the Oahu Eviction Board A, Hawaiʻi Public Housing Authority on June 18, 2014. The documents, however, should have been filed in the circuit court pursuant to HRS §§ 91-14 and 356D-96. Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Appellate Court shall forward the documents to the Circuit Court of the

First Circuit, State of Hawai'i to file as a notice of appeal. The filing date shall be deemed the date that the documents were filed in this court.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of mandamus is dismissed.

DATED:  Honolulu, Hawai'i, August 5, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson